DATE: September 6, 2022

    The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1.  Stephen James Kilpatrick
    v. Commonwealth of Virginia
    Record No. 2043-19-3
    Opinion rendered by Judge Huff
    on May 4, 2021
    Judgment of Court of Appeals reversed and judgment of trial court affirmed
    by published order entered on August 4, 2022
    (210530)

2.  Richard Roosevelt Hill
    v. Commonwealth of Virginia
    Record No. 0562-20-2
    Opinion rendered by Judge Humphreys
    on May 18, 2021
    Judgment of Court of Appeals affirmed by opinion rendered on August 11, 2022
    (210569)